UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARKHAM PAGAN and
JOSEPHINE PAGAN,

        Plaintiffs,

        v.

RICHARD D. DENT, et al.,

        Defendants.

CIVIL ACTION NO. 3:21-cv-01621

(SAPORITO, M.J.)

## ORDER

AND NOW, this 15th day of February, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendants' motion for reconsideration (Doc. 58) is **DENIED**.

                                                                _/s/ Joseph F. Saporito, Jr._
                                                                JOSEPH F. SAPORITO, JR.
                                                                United States Magistrate Judge